UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
SMITH, GWENDOLYN ELICE                §    Case No. 08-33337 DRC
                                      §
         Debtor(s)                    §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> JEFFREY P. ALLSTEADT
> 219 S. Dearborn Street
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/11/2015 in Courtroom 240,
> Kane County Courthouse
> 100 S. Third Street
> Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/17/2015                By: JEFFREY P. ALLSTEADT
                                           Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
       §
SMITH, GWENDOLYN ELICE   §   Case No. 08-33337 DRC
       §
       Debtor(s)   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 12,131.97 |
| and approved disbursements of | $ | 760.69 |
| leaving a balance on hand of[1] | $ | 11,371.28 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 1,963.20 | $ 0.00 | $ 1,963.20 |
| Other: International Sureties Ltd. | $ 48.27 | $ 48.27 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,963.20 |
| Remaining Balance | | $ | 9,408.08 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,118.89  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  34.7  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington DE 19850-5145 | $ 4,707.84 | $ 0.00 | $ 1,633.24 |
| 000002 | Receivables Management Inc. (RMI)/Mortg<br>Attn: Bankruptcy<br>3348 Ridge Rd<br>Lansing, IL 60438 | $ 100.00 | $ 0.00 | $ 34.69 |
| 000003 | eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | $ 6,307.65 | $ 0.00 | $ 2,188.25 |
| 000004 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ 3,858.39 | $ 0.00 | $ 1,338.55 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | PRA Receivables Management, LLC as agent for Beneficial Illinois Inc. PO Box 12907 Norfolk VA 23541 | $ 12,145.01 | $ 0.00 | $ 4,213.35 |
| | Total to be paid to timely general unsecured creditors | | | $ 9,408.08 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 08-33337-DRC
Gwendolyn Elice Smith                                    Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: lhuley           Page 1 of 2           Date Rcvd: Aug 18, 2015
                         Form ID: pdf006          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2015.
```
db             Gwendolyn Elice Smith,    754 Bolixic Court,    Carol Stream, IL 60188
12935169       Aes/nct,    Reinsurance Dept Bankruptcy,    Unit 120 N 7th,    St Harrisburg, PA 17102
12935171      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,     Nc4-105-03-14,    4161 Piedmont Pkwy,
                Greensboro, NC 27420)
12935172      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital 1 Bank,     Attn: C/O TSYS Debt Management,    Po Box 5155,
                Norcross, GA 30091)
13681205       Chase Bank USA NA,    PO BOX 15145,    Wilmington DE 19850-5145
12935174      +Hfc-ta,    Attn.: Bankruptcy,    961 Weigel Dr,    Elmhurst, IL 60126-1029
12935175      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
12935176      +Leonard Patterson,    49 Spruce St.,    Box 47,    Hampton, VA 23665-2800
13989570      +PRA Receivables Management, LLC as agent for,    Beneficial Illinois Inc.,    PO Box 12907,
                Norfolk VA 23541-0907
12935178      +Receivables Management Inc. (RMI)/ Mortg,    Attn: Bankruptcy,    3348 Ridge Rd,
                Lansing, IL 60438-3112
12935179       Wash Mutual/providian,    Attn: Bankruptcy Dept,    Po Box 10467,    Greenville, SC 29601
12935181      +Wells Fargo,    Po Box 60510,    Los Angeles, CA 90060-0510
12935180      +Wells Fargo,    Attn: Collection Servicing, 1st Floor, M,    1 Home Campus,
                Des Moines, IA 50328-0001
13790259       eCAST Settlement Corporation assignee of HSBC Bank,    Nevada and its Assigns,    POB 35480,
                Newark NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13913782       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 19 2015 01:34:15
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,
               PO Box 248809,    Oklahoma City, OK  73124-8809
13989570      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 19 2015 01:28:42
               PRA Receivables Management, LLC as agent for,    Beneficial Illinois Inc.,    PO Box 12907,
               Norfolk VA 23541-0907
                                                                                              TOTAL: 2
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12935173       First Nationwide Mtg
12935177       Leonard T Patterson,    Please provide address
12935170     ##+Bank Of America,    475 Crosspoint Pkwy,    Getzville, NY 14068-1609
                                                                                TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2015 at the address(es) listed below:
```
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Gloria C Tsotsos    on behalf of Creditor    Bank of America N.A. nd-two@il.cslegal.com
              John P Carlin    on behalf of Debtor Gwendolyn Elice Smith jcarlin@changandcarlin.com,
               changcarlin@iamthewolf.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
```

```
District/off: 0752-1          User: lhuley                Page 2 of 2                   Date Rcvd: Aug 18, 2015
                              Form ID: pdf006             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Terri M Long    on behalf of Creditor    Citimortgage Inc Courts@tmlong.com
        Terri M Long    on behalf of Creditor    Wells Fargo Auto Finance, Inc., Servicer For Wells Fargo Bank, N.A., its successors and/or assigns Courts@tmlong.com
        Yan  Teytelman    on behalf of Trustee Gina B Krol yan@ytlawfirm.com, law_4321@yahoo.com
        TOTAL: 7