UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SMITH, GWENDOLYN ELICE | § | Case No. 08-33337 DRC |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 183,000.00 *(Without deducting any secured claims)* | Assets Exempt: 79,900.00 |
| Total Distributions to Claimants: 9,408.08 | Claims Discharged Without Payment: 81,566.81 |
| Total Expenses of Administration: 2,723.89 | |

3) Total gross receipts of $ 12,131.97 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 12,131.97 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 370,970.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,723.89 | 2,723.89 | 2,723.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 74,091.00 | 27,118.89 | 27,118.89 | 9,408.08 |
| **TOTAL DISBURSEMENTS** | $ 445,061.00 | $ 29,842.78 | $ 29,842.78 | $ 12,131.97 |

    4)  This case was originally filed under chapter 7 on  12/05/2008 .  The case was pending for 88 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/17/2016           By:/s/GINA B. KROL
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Life Insurance - Country Companies | 1129-000 | 10,845.90 |
| TREASURY BONDS | 1129-000 | 1,277.36 |
| Post-Petition Interest Deposits | 1270-000 | 8.71 |
| **TOTAL GROSS RECEIPTS** | | **$ 12,131.97** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America 475 Crosspoint Pkwy Getzville, NY 14068 | | 180,000.00 | NA | NA | 0.00 |
| | First Nationwide Mtg | | 180,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Po Box 60510 Los Angeles, CA 90060 | | 10,970.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 370,970.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 1,963.20 | 1,963.20 | 1,963.20 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 48.27 | 48.27 | 48.27 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 9.00 | 9.00 | 9.00 |
| ASSOCIATED BANK | 2600-000 | NA | 538.62 | 538.62 | 538.62 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 164.80 | 164.80 | 164.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 2,723.89** | **$ 2,723.89** | **$ 2,723.89** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aes/nct Reinsurance Dept Bankruptcy Unit 120 N 7th St Harrisburg, PA 17102 | | 7,589.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | 1,709.00 | NA | NA | 0.00 |
| | Hfc-ta Attn.: Bankruptcy 961 Weigel Dr Elmhurst, IL 60126 | | 19,425.00 | NA | NA | 0.00 |
| | Wash Mutual/providian Attn: Bankruptcy Dept Po Box 10467 Greenville, SC 29601 | | 4,645.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Attn: Collection Servicing, 1st Floor, M 1 Home Campus Des Moines, IA 50328 | | 30,488.00 | NA | NA | 0.00 |
| 000002 | RECEIVABLES MANAGEMENT INC. (RMI)/ | 7100-001 | 100.00 | 100.00 | 100.00 | 34.69 |
| 000001 | CHASE BANK USA NA | 7100-900 | NA | 4,707.84 | 4,707.84 | 1,633.24 |
| 000003 | ECAST SETTLEMENT CORPORATION ASSIGN | 7100-900 | 6,208.00 | 6,307.65 | 6,307.65 | 2,188.25 |
| 000004 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-900 | 3,927.00 | 3,858.39 | 3,858.39 | 1,338.55 |
| 000005 | PRA RECEIVABLES MANAGEMENT, LLC AS | 7100-900 | NA | 12,145.01 | 12,145.01 | 4,213.35 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 74,091.00 | $ 27,118.89 | $ 27,118.89 | $ 9,408.08 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 08-33337 DRC Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | SMITH, GWENDOLYN ELICE | Date Filed (f) or Converted (c): | 12/05/08 (f) |
| | | 341(a) Meeting Date: | 01/14/09 |
| For Period Ending: | 02/17/16 | Claims Bar Date: | 06/04/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 754 Bolixic Court, Carol Stream, IL | 180,000.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING Acct - Chase | 1,200.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 900.00 | 0.00 | | 0.00 | FA |
| 4. CLOTHES | 400.00 | 0.00 | | 0.00 | FA |
| 5. Life Insurance - Country Companies | 2,956.00 | 10,845.90 | | 10,845.90 | FA |
| 6. RETIREMENT - CSRS | 60,000.00 | 0.00 | | 0.00 | FA |
| 7. TREASURY BONDS | 1,500.00 | 1,277.36 | | 1,277.36 | FA |
| 8. 2005 Chevy Impala | 7,135.00 | 0.00 | | 0.00 | FA |
| 9. 1997 Nissan Sentra | 2,295.00 | 0.00 | | 0.00 | FA |
| 10. 2007 Chevy Malibu | 10,970.00 | 0.00 | | 0.00 | FA |
| 11. Life Insurance - Employer NCV | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 8.71 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values) $267,356.00 $12,123.26 $12,131.97 $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee submitted TFR to UST for review
July 23, 2015, 03:28 pm

Trustee is unable to liquidate last three savings bonds because they are joint with Debtor's ex-spouse. Trustee is
attempting to locate ex-spouse.
October 22, 2014, 01:47 pm

LFORM1
**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 19.05c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 08-33337   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | SMITH, GWENDOLYN ELICE | Date Filed (f) or Converted (c): | 12/05/08 (f) |
| | | 341(a) Meeting Date: | 01/14/09 |
| | | Claims Bar Date: | 06/04/09 |

Trustee has a few bonds left to liquidate but is waiting for maturity

October 17, 2013, 02:40 pm

Initial Projected Date of Final Report (TFR): 12/31/10     Current Projected Date of Final Report (TFR): 03/31/15

/s/   GINA B. KROL
_____ Date: 02/17/16
GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 08-33337 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | SMITH, GWENDOLYN ELICE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0188 Checking Account |
| Taxpayer ID No: | *******7706 | | | |
| For Period Ending: | 02/17/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 11,937.02 | | 11,937.02 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.36 | 11,929.66 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.60 | 11,922.06 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.35 | 11,914.71 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.59 | 11,907.12 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.70 | 11,889.42 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 10.30 | 11,879.12 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.96 | 11,863.16 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.64 | 11,845.52 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.04 | 11,828.48 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.59 | 11,810.89 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.99 | 11,793.90 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.53 | 11,776.37 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.51 | 11,758.86 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.92 | 11,741.94 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.46 | 11,724.48 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.87 | 11,707.61 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.41 | 11,690.20 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.38 | 11,672.82 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.68 | 11,657.14 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 10.27 | 11,646.87 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.33 | 11,629.54 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.74 | 11,612.80 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.26 | 11,595.54 |

FORM 2 Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-33337 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | SMITH, GWENDOLYN ELICE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0188 Checking Account |
| Taxpayer ID No: | *******7706 | | | |
| For Period Ending: | 02/17/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.68 | 11,578.86 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.22 | 11,561.64 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.19 | 11,544.45 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.61 | 11,527.84 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.14 | 11,510.70 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.56 | 11,494.14 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.09 | 11,477.05 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.06 | 11,459.99 |
| 02/10/15 | 030003 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | | 2300-000 | | 6.55 | 11,453.44 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.39 | 11,438.05 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.00 | 11,421.05 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.43 | 11,404.62 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.96 | 11,387.66 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.38 | 11,371.28 |
| 09/11/15 | 030004 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee's Fees | 2100-000 | | 1,963.20 | 9,408.08 |
| 09/11/15 | 030005 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington DE 19850-5145 | Final Distribution | 7100-900 | | 1,633.24 | 7,774.84 |
| * 09/11/15 | 030006 | Receivables Management Inc. (RMI)/ Mortg<br>Attn: Bankruptcy<br>3348 Ridge Rd<br>Lansing, IL 60438 | Final Distribution | 7100-003 | | 34.69 | 7,740.15 |
| 09/11/15 | 030007 | eCAST Settlement Corporation assignee of HSBC<br>Bank<br>Nevada and its Assigns | Final Distribution | 7100-900 | | 2,188.25 | 5,551.90 |

LFORM2T4 UST Form 101-7-TDR (10/1/2010) *(Page: 10)* Ver: 19.05c

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-33337 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | SMITH, GWENDOLYN ELICE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0188  Checking Account |
| Taxpayer ID No: | *******7706 | | | |
| For Period Ending: | 02/17/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/11/15 | 030008 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>POB 35480<br>Newark NJ 07193-5480 | Final Distribution | 7100-900 | | 1,338.55 | 4,213.35 |
| 09/11/15 | 030009 | PRA Receivables Management, LLC as agent for Beneficial Illinois Inc.<br>PO Box 12907<br>Norfolk VA 23541 | Final Distribution | 7100-900 | | 4,213.35 | 0.00 |
| * 01/14/16 | 030006 | Receivables Management Inc. (RMI)/ Mortg<br>Attn: Bankruptcy<br>3348 Ridge Rd<br>Lansing, IL 60438 | Final Distribution | 7100-003 | | -34.69 | 34.69 |
| 01/14/16 | 030010 | CLERK OF US BANKRUPTCY COURT<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL  60604 | Final Distribution | 7100-001 | | 34.69 | 0.00 |

| Account *******0188 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 11 | Checks | 11,398.40 |
| 0 | Interest Postings | 0.00 | 34 | Adjustments Out | 538.62 |
| | Subtotal | $ 0.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | $ 11,937.02 |
| 1 | Transfers In | 11,937.02 | | | |
| | Total | $ 11,937.02 | | | |

FORM 2     Page: 4    Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-33337 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | SMITH, GWENDOLYN ELICE | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9718 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7706 | | | |
| For Period Ending: | 02/17/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/11/09 | 5 | Country Insurance<br>1705 N. Towanda Ave.<br>Bloomington, IL 61701-2040 | Insurance proceeds | 1129-000 | 10,845.90 | | 10,845.90 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 10,845.93 |
| 03/19/09 | 7 | Private Bank | Liquidation of Savings Bonds | 1129-000 | 1,277.36 | | 12,123.29 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,123.39 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 | | 12,123.66 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 12,123.96 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,124.27 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,124.58 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,124.89 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 12,125.19 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 12,125.49 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,125.80 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,126.11 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 12,126.41 |
| 02/09/10 | 000301 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 9.00 | 12,117.41 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 12,117.69 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.32 | | 12,118.01 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 12,118.31 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 12,118.61 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,118.92 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 12,119.22 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.32 | | 12,119.54 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 12,119.84 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 12,120.14 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,120.45 |

FORM 2

Page: 5

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-33337 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | SMITH, GWENDOLYN ELICE | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9718 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7706 | | | |
| For Period Ending: | 02/17/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,120.76 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,121.07 |
| 02/07/11 | 000302 | International Sureties Ltd. | BOND | 2300-000 | | 10.28 | 12,110.79 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 12,110.88 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,110.98 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,111.08 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 12,111.19 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,111.29 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,111.39 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 12,111.50 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,111.60 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,111.70 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.43 | 12,096.27 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,096.37 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.91 | 12,081.46 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,081.56 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.89 | 12,066.67 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 12,066.78 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.83 | 12,050.95 |
| 02/06/12 | 000303 | International Sureties | BOND | 2300-000 | | 10.87 | 12,040.08 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,040.18 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.32 | 12,025.86 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,025.96 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.79 | 12,011.17 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,011.27 |

LFORM2T4 UST Form 101-7-TDR (10/1/2010) (Page: 13)

Ver: 19.05c

FORM 2

Page: 6

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-33337 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | SMITH, GWENDOLYN ELICE | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9718 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7706 | | | |
| For Period Ending: | 02/17/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.26 | 11,996.01 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,996.11 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.24 | 11,980.87 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,980.96 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.24 | 11,966.72 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,966.82 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.69 | 11,951.13 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 11,951.22 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 14.20 | 11,937.02 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 11,937.02 | 0.00 |

| Account *******9718 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 12,123.26 | 3 | Checks | 30.15 |
| | 43 | Interest Postings | 8.71 | 11 | Adjustments Out | 164.80 |
| | | | | 1 | Transfers Out | 11,937.02 |
| | | Subtotal | $ 12,131.97 | | | |
| | 0 | Adjustments In | 0.00 | | Total | $ 12,131.97 |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 12,131.97 | | | |

FORM 2

Page: 7

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-33337 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | SMITH, GWENDOLYN ELICE | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9718  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7706 | | |
| For Period Ending: | 02/17/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| Report Totals | Balance Forward | 0.00 | | | |
| 2 | Deposits | 12,123.26 | 14 | Checks | 11,428.55 |
| 43 | Interest Postings | 8.71 | 45 | Adjustments Out | 703.42 |
| | | | 1 | Transfers Out | 11,937.02 |
| | Subtotal | $ 12,131.97 | | | |
| | | | | Total | $ 24,068.99 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 11,937.02 | | | |
| | Total | $ 24,068.99 | | Net Total Balance | $ 0.00 |

Trustee's Signature: /s/ GINA B. KROL  Date: 02/17/16
GINA B. KROL

LFORM2T4  UST Form 101-7-TDR (10/1/2010) *(Page: 15)*  Ver: 19.05c